IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

BILL D. RATLIFF, )
)
        Plaintiff, )
)
v. )
)
MARSHA McLANE, *TCCO Executive* )
*Director, et al.* )
)
        Defendants. ) Civil Action No. 5:17-CV-296-C

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff Bill D. Ratliff's § 1983 Complaint be dismissed with prejudice in accordance with 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 28th day of November, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE